**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES RICHARD REGUERO,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>　　　　　Defendant. | ) No. ED CV13-576-AS<br>)<br>)<br>)<br>)   **JUDGMENT**<br>)<br>)<br>)<br>)<br>) |

　　　IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Memorandum Decision and Order.

Dated: April 30, 2014

　　　　　　　　　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　ALKA SAGAR
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE